

| | | |
|---|---|---|
| GEORGIA M. PESTANA<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALAN H. SCHEINER<br>*Senior Counsel*<br>phone: (212) 356-2344<br>fax: (212) 356-2344<br>email: ascheine@law.nyc.gov |

August 3, 2021

**<u>Via ECF</u>**

Honorable Kiyo A. Matsumoto
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  10024

    Re:    *John Scoma v. City of New York, et al.*, 16-cv-06693-KAM-CLP (E.D.N.Y.)

Your Honor

    I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to the defense of the above-referenced matter.  I write to respectfully submit this joint status report to advise the Court that the parties have agreed that there will be no further litigation in the matter and the case should be closed.

    We thank the Court for its consideration of this matter.

    Sincerely,

    *Alan Scheiner* /s/

    Alan Scheiner
    Senior Counsel
    Special Federal Litigation Division

cc:  All Counsel (By ECF)